1  Gena L. Sluga, 018633
2  gsluga@cdslawfirm.com
   Daniel B. Bernardone, 033256
3  dbernardone@cdslawfirm.com
   CHRISTIAN DICHTER & SLUGA, P.C.
4  2700 North Central Avenue, Suite 1200
5  Phoenix, Arizona 85004
   Telephone: (602) 792-1700
6  Facsimile: (602) 792-1710
7  *Attorneys for Plaintiffs*

8               **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE DISTRICT OF ARIZONA**

10

11 | Certain Underwriters at Lloyd's, London, Subscribing to Policy Number W175C5160201, W175C5170301, and W175C5180401, | Case No. CV-18-512-TUC-JAS-JR. |

12

13

14 | Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

15 | vs. |

16 | Community Provider of Enrichment Services, Inc., an Arizona corporation; Southwest Fiduciary, Inc., in its capacity as Personal Representative of the Estate of Jeffrey Loveless, |

17

18

19

20 | Defendants. |

21      Pursuant to Rule 41(a)(1), the parties, by and through undersigned counsel, hereby stipulate

22 to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and

23 costs. A proposed form of Order accompanies this stipulation.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    RESPECTFULLY SUBMITTED this 25th day of April 2019.

2                                           **CHRISTIAN DICHTER & SLUGA, P.C.**

3                                           By: /s/ *Gena L. Sluga*
4                                                Gena L. Sluga
                                                 Daniel B. Bernardone
5                                                2700 North Central Avenue, Suite 1200
                                                 Phoenix, Arizona 85004
6                                                *Attorneys for Plaintiffs*

7
                                            **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
8
9                                           By: /s/ *Jeffrey L. Sklar w/ permission*
                                                 Jeffrey L. Sklar
10                                               One South Church Avenue, Suite 2000
                                                 Tucson, AZ 85701
11                                               *Attorneys for Community Provider of Enrichment*
12                                               *Services, Inc.*

13                                          **TREON & SHOOK, PLLC**
14
15                                          By: /s/ *Douglas G. Shook w/ permission*
                                                 Douglas G. Shook
16                                               4600 N. 12th Street
                                                 Phoenix, AZ 85014
17                                               *Attorneys for Southwest Fiduciary, Inc.*

18                                          **FR LAW GROUP, PLLC**
19
20                                          By: /s/ *Troy B. Froderman w/ permission*
                                                 Troy B. Froderman
21                                               Scott C. Ryan
                                                 4745 North 7th Street, Suite 310
22                                               Phoenix, AZ 85014
                                                 *Attorneys for Mountain West Series of Lockton*
23                                               *Companies, LLC*

24   / / /

25   / / /

26   / / /

27   / / /

28

2

## CERTIFICATE OF SERVICE

1

I hereby certify that on April 25th, 2019, I electronically transmitted the attached document
to the Clerk's Office using the CM/ECF system for filing. A copy of the foregoing was served via
electronic mail to all counsel of record as follows:

Jeffrey L. Sklar
jsklar@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
One South Church Avenue, Suite 2000
Tucson, AZ 85701
*Attorneys for Community Provider of Enrichment Services, Inc.*

Douglas G. Shook
dgs@treonshook.com
**TREON & SHOOK, PLLC**
4600 N. 12th Street
Phoenix, AZ 85014
*Attorneys for Southwest Fiduciary, Inc.*

Troy B. Froderman
tfroderman@frlawgroup.com
Scott C. Ryan
**FR LAW GROUP, PLLC**
4745 North 7th Street, Suite 310
Phoenix, AZ 85014
*Attorneys for Mountain West Series of Lockton Companies, LLC*

By: /s/ *Harleigh Scott*