# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Underwriters at Lloyds London Syndicates 623 and 2623,<br><br>   Plaintiff,<br><br>v.<br><br>Community Provider of Enrichment Services Incorporated, et al.,<br><br>   Defendants. | No. CV-18-00512-TUC-JAS (JR)<br><br>**ORDER** |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice (Doc. 29), and good cause appearing;

**IT IS HEREBY ORDERED** dismissing this action in its entirety with prejudice, with each party to bears its own attorneys' fees and costs.  The Clerk of the Court shall enter judgment and close the file in this case.

   Dated this 25th day of April, 2019.


Honorable James A. Soto
United States District Judge